■ WENDY JOHNSON et al., Appellants, v NEW YORK STATE AND LOCAL RETIREMENT SYSTEM et al., Respondents, et al., Defendant. (Appeal No. 1.) Appellant. [939 NYS2d 907]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered October 27, 2010. The order, among other things, awarded defendant Kimberly Leone-Johnson one-third of decedent Dan Johnson's New York State Retirement Plan death benefit.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.